# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE COLLA,<br><br>    Plaintiff,<br><br>    v.<br><br>TouchOfModern, INC., dba TOUCH OF MODERN, PINGOWORLD, an unknown business entity, and DOES 2 – 10, inclusive.<br><br>    Defendant. | Case No. 2:16-cv-05686-GW<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF EDDIE COLLA AND AGAINST PINGOWORLD**<br><br>**Date: June 22, 2017**<br>**Time: 8:30 a.m.**<br>**Courtroom: 9A**<br>**Judge: Hon. George Wu** |

This action came before the Court, on June 22, 2017, Hon. George Wu, District Judge Presiding, on Plaintiff Eddie Colla's Application for Entry of Default Judgment against Defendant PingoWorld. Upon the evidence presented having been fully considered, the issues having been duly heard and written decisions having been duly rendered,

IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of the Plaintiff in the following amounts:

For copyright infringement: $10,000.

For violation of the Lanham Act: $6,650.

For attorneys' fees: $7,935.

For costs: $1,370.64.

**Total Award: $25,955.64.**

DATED: June 28, 2017

Hon. George Wu
United States District Judge